IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HARLEE WATSON**                                                                                          **PLAINTIFF**

v.                              Case No. 4:23-cv-01028 KGB

**PRINCIPAL LIFE INSURANCE
COMPANY d/b/a PRINCIPAL
FINANCIAL GROUP**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Harlee Watson's complaint is dismissed without prejudice (Dkt. No. 1).

It is so adjudged this 24th day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge